IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| NIGHAT JAMIL | : | NO. 26CR497 |

# MOTION AND ORDER

AND NOW, this 12th of November 2026, the Court having received an email from Defendant(s) requesting that the plea hearing scheduled for November 18, 2026 before Judge Craig M. Straw be rescheduled, it is ORDERED that the email is treated as a motion and said motion is GRANTED. In accordance with 18 U.S.C. § 3161(h) the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and, therefore, orders this case continued. A new plea hearing date is to be set in the future.

BY THE COURT:

/s/ Craig M. Straw

________________________________
CRAIG M. STRAW
UNITED STATES MAGISTRATE JUDGE